### SHARUM v. LASLEY.

No. 11205—Opinion Filed May 29, 1923.

(Syllabus.)

**Appeal and Error — Case-Made — Extension of Time—Authority of Special Judge.**

After a special judge has ceased to sit as a court, he has no power to extend the time for making and serving a case-made in any action tried before him, and when he attempts to do so his act is a nullity.

Error from District Court, Cherokee County; A. C. Brewster, Judge.

Action between A. H. Sharum and Ora Lasley, nee Dennis, nee Hicks. From the judgment, the former brings error. Dismissed.

W. F. Rampendahl and Bonds & Brown, for plaintiff in error.

W. H. Kisner and Rainey & Flynn, for defendant in error.

PER CURIAM. This cause was tried before a special judge, who upon overruling the motion for a new trial granted additional time in which to prepare and serve a case-made. The case-made was not served in the time allowed, but before the expiration thereof, by order of the special judge, made after the expiration of the time that he was assigned to hold court in that district and after he had ceased to sit as a court therein, an additional extension was granted, and thereafter other orders were entered by him granting additional extensions.

It is settled that a special judge has no power, after he ceases to sit as a court, to extend the time for making and serving a case-made, and where he attempts to do so, his act is a nullity; therefore, the motion to dismiss must be sustained. McGuire v. McGuire, 78 Okla. 164, 189 Pac. 193; First State Bank v. School District, 63 Okla. 233, 164 Pac. 102; Bradley v. Farmers State Bank, 45 Okla. 763, 147 Pac. 302.

The appeal is dismissed.